United States District Court
Southern District of Texas
**ENTERED**
March 06, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| P2ES HOLDINGS, LLC, | § | |
| Plaintiff. | § § § | |
| V. | § | CIVIL ACTION NO. 4:22-CV-03002 |
| TRINITY PETROLEUM MANAGEMENT, LLC, | § § § § | |
| Defendant. | § § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On January 11, 2023, P2ES Holdings, LLC's Motion to Remand (Dkt. 15) was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). *See* Dkt. 24. Judge Edison filed a Memorandum and Recommendation on February 13, 2023, recommending that P2ES Holdings, LLC's Motion to Remand (Dkt. 15) be **DENIED**. *See* Dkt. 26.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 26) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

2

(2)    P2ES Holdings, LLC's Motion to Remand (Dkt. 15) is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this  6th  day of March 2023.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE